| | |
|---|---|
| 1 | GEOFFREY A. HANSEN, |
|   | Acting Federal Public Defender |
| 2 | MANUEL U. ARAUJO |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant RICO-MUNOZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00215 - LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE SENTENCING HEARING DATE TO JUNE 20, 2012 |
| v. | ) | |
| JOSE RICO-MUNOZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing from May 23, 2012, to June 20, 2012 at 1:30 p.m. Defense counsel continues to investigate facts in potential mitigation of sentence, and needs additional time beyond May 23, 2012, complete his investigation. Defense counsel has discussed the continuance with United States Probation Officer Benjamin Flores and he has indicated to the parties that the June 20, 2012, date is acceptable to him.

IT IS SO STIPULATED.

Dated: April 25, 2012

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: April 25, 2012

_____/s/_____
CAROLYNE A. SANIN,
Special, Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter shall be continued to June 20, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 26, 2012

*Lucy H. Koh*
HONORABLE LUCY KOH,
United States District Judge